

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00179-CV
_____

PAULA MORRISON, APPELLANT

V.

ANGELVIEW, LLC, APPELLEE

On Appeal from the 345th District Court
Travis County, Texas
Trial Court No. D-1-GN-22-004694, Honorable Madeleine Connor, Presiding

June 23, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Paula Morrison, appeals from the trial court's *Order Denying Writ of Mandamus and Denying Declaratory Relief Concerning Mandamus*.[1]  Now pending before this Court is Morrison's unopposed motion seeking voluntary dismissal of the appeal.  The Court finds that the motion complies with the requirements of Rule of

_____

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Morrison. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam